United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DINA MABEL LANDAVERDE MARTINEZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-02074 |
| BRET BRADFORD, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

The petitioner, Dina Mabel Landaverde Martinez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery Processing Center in Conroe, Texas. Through counsel, petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her continued detention. Doc. No. 1. Respondents have filed a motion for summary judgment (Doc. No. 10), to which Petitioner has filed a reply (Doc. No. 11).

The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days; therefore, she is entitled to a bond hearing based on the Fifth Circuit's recent opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). Accordingly, the Court **ORDERS** as follows:

1. The petition for a writ of habeas corpus is **GRANTED in part**.

2. Respondents shall release the petitioner from custody unless the government provides a bond hearing by **August 10, 2026**. If a bond hearing is held, the government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16. The government shall provide at least **48 hours' notice** to the petitioner and counsel before the bond hearing, if such is held, or before release.

3. The parties must **confer** and **file** a joint update with the Court by **August 17, 2026**, informing the Court of the result of any hearing and the petitioner's custody status.

4. The parties must file an advisory by **September 10, 2026**, stating whether this case may be closed or what other issues remain for adjudication.

5. Respondents' motion for summary judgment (Doc. No. 10) is **DENIED**.

6. All other pending motions, if any, are **DENIED as MOOT**.

**SO ORDERED.**

SIGNED this _____ 8 _____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE